UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ANTHONY AZEMA                                                          CIVIL ACTION

VERSUS                                                                 NO:  07-2833-LMA-SS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation and the objection by plaintiff , Anthony Azema, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that defendant's cross-motion for summary judgment (Rec. doc. 16) is **GRANTED** and plaintiff's motion for summary judgment (Rec. doc. 14) is **DENIED**.

New Orleans, Louisiana this ____25th____ of July, 2008.

_____
UNITED STATES DISTRICT JUDGE